-1-

## ATTACHMENT A

This Continuation is made in support of an application for a warrant to search person of Raymond Dale Carr, Jr. with a date of birth in May of 1963.

